UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRESTON LEWIS,

    Plaintiff,

v.                                  Case No. 3:24cv622-TKW-ZCB

ALDI, INC., et al.,

    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12) and Plaintiff's objections (Doc. 17). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that the amended complaint fails to state plausible federal claims and that the Court should decline supplemental jurisdiction over the state claims.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The federal claims in the amended complaint are DISMISSED with prejudice under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

3. The state claims in the amended complaint are DISMISSED without prejudice under 28 U.S.C. §1367(c)(3).

4. All pending motions are DENIED as moot.

5. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 16th day of May, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**